**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2669**

---

DENNIS L. HALL,

                                        Plaintiff - Appellant,

        versus


PAMELA JEAN WASS; EDWARD R. BLOOM, Director,
Anne Arundel County Department of Social Ser-
vices; JAMES BARTON; DALE BURGERMIER; PATRICIA
FENNEY; WENDY WEEKS; ESSOM RICKS; TERESA
KAISER, Director, Child Support Enforcement
Administration,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-99-2229-H)

---

Submitted:  February 24, 2000          Decided:  March 1, 2000

---

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dennis L. Hall, Appellant Pro Se.  Mary Colleen Murphy, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis L. Hall appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hall v. Wass</u>, No. CA-99-2229-H (D. Md. Nov. 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>